1
2
3
4
5
6
7

JS-6

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

SOUTHERN DIVISION

11

12

13

14

15

16

17

18

19

MARK CORDOVA, an individual

          Plaintiff,

   v.

CORDOVA BOLT, INC., a
California Corporation; and DOES 1
through 10, inclusive,

          Defendant.

CASE NO. 8:20-cv-00761 JLS (DFMx)

**ORDER GRANTING JOINT
STIPULATION RE:**

**(1) AWARD OF ATTORNEYS'
    FEES AND COSTS;  AND**

**(2) ENTRY OF DISMISSAL OF
    ACTION**

20
21
22
23
24
25
26
27
28

Having reviewed the Parties' Joint Stipulation re: (1) Award if Attorneys' Fees and Costs, and (2) Entry of Dismissal of Action, filed on May 27, 2020, and good cause appearing therefor, it is hereby ORDERED:

1. Plaintiff shall recover $481.55 in costs and $8,456.25 in attorneys' fees, in full satisfaction of the fees and costs claimed under Plaintiff's acceptance of Defendant Cordova Bolt, Inc.'s Offer to Compromise Under Federal Rule of Civil Procedure 68 (ECF Doc 12-1) (the "Rule 68 Offer");

2. Plaintiff shall recover $44,000, as offered and accepted under the Rule 68 Offer;

3. Payment of all sums due under the Rule 68 Offer, in the total amount of $52,937.80, shall be made within fourteen (14) calendar days of entry of order on this Stipulation;

4. This action is hereby DISMISSED with prejudice; and

5. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of this Stipulation for twenty-one (21) days after entry of order on this Stipulation.

**IT IS SO ORDERED.**

Date:  June 01, 2020

_____

Hon. Josephine L. Staton
United States District Court